# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Cassandra Hurley**
   Plaintiff(s)

  vs.          **CASE NUMBER: 3:23-cv-745 (ML)**

**Martin J. O'Malley**
**Commissioner of Social Security**
   Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: ORDER ON CONSENT MOTION TO REMAND PURSUANT TO SENTENCE 4 OF 42 U.S.C.§ 405(g). The parties stipulate that the Commissioners final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). See Melkonyan v. Sullivan, 501 U.S. 89 (1991). On remand, the ALJ will shall be instructed to conduct a new hearing and issue a new decision. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

All of the above pursuant to the order of the Honorable **Miroslav Lovric**, dated February 16, 2024.

DATED: February 16, 2024

*[signature]*
Clerk of Court

s/Kathy Rogers
Deputy Clerk